FILED
2008 MAR 12 PM 1:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

# NOT FOR PUBLIC VIEW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARLOS NORIEGA,<br><br>　　　　Defendant | Case No.: 06-CR-1548<br><br>Order Granting Defendant's Ex Parte Motion for Leave to Submit Supplemental Vouchers for Payment |

The court having considered Defendant's Exparte Motion for Leave to Submit Supplemental Vouchers for Payment, and for good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Appointed counsel may submit a supplemental voucher for work performed to date in the above referenced case.

Date: 3/12/08

WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF CALIFORNIA